OPINION — AG — ** FEES — DEEDS — PHOTOGRAPHS — COPIES ** 28 O.S. 32 [28-32], RATHER THAN 67 O.S. 94 [67-94], PRESCRIBES THE FEES TO BE CHARGED AND COLLECTED BY THE COUNTY CLERK, AS REGISTER OF DEEDS. (INSTRUMENTS, SUPPLIES, PHOTOGRAPHIC RECORDINGS, REPRODUCTION, EQUIPMENT, CERTIFICATES) CITE: 28 O.S. 32 [28-32], 67 O.S. 91 [67-91], 67 O.S. 94 [67-94] (JAMES C. HARKIN)